**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

| | |
|---|---|
| MICHELLE WEAVER, | CIVIL NO. 07-2823 (JMR/AJB) |
| PLAINTIFF, | |
| V. | **ORDER** |
| MICHAEL J. ASTRUE, COMMISSIONER OF SOCIAL SECURITY, | |
| DEFENDANT. | |

This matter is before the Court on a Report and Recommendation from Magistrate Judge Arthur J. Boylan dated May 9, 2008. There being no objections filed to Magistrate Judge Boylan's Report and Recommendation, **THE COURT HEREBY ORDERS** that:

(1) Plaintiff's Motion for Summary Judgment [Docket No. 8] is **granted**; and

(2) Commissioner's Motion for Summary Judgment [Docket No. 11] is **denied**.

Dated: June 10, 2008

> s/James M. Rosenbaum
> The Honorable James M. Rosenbaum
> United States District Court